# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD HORTON d/b/a WOODWAY ON THE GREEN, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-cv-02807 |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO and CHRISTOPHER VAN REES, | § § § § § | |
| Defendants. | § § | |

## EXHIBIT A

1. Index of All Documents Files in the State Court Action

2. Docket Sheet in the State Court Action

3. Documents filed in the State Court Action

   a. Plaintiff's Original Petition & Jury Demand
      Filed:   August 29, 2017

   b. Affidavit of Service of Citation on Defendant Engle Martin & Associates
      Served:     September 11, 2017
      Filed:      September 15, 2017

   c. Affidavit of Service of Citation on Defendant Strata Claims Management, LLC
      Served:     September 11, 2017
      Filed:      September 15, 2017

   d. Affidavit of Service of Citation on Defendant Risa Hayes Vallejo
      Served:     September 19, 2017
      Filed:      September 20, 2017

   e. Affidavit of Service of Citation on Defendant Peleus Insurance Company
      Served:     September 12, 2017
      Filed:      September 20, 2017

 

f. Affidavit of Service of Citation on Defendant Christopher Van Rees
   Served:     September 20, 2017
   Filed:      September 15, 2017

g. Defendants' Answer to Plaintiff's Original Petition & Jury Demand
   Filed:  September 29, 2017

4. Defendant Peleus Insurance Company's Certificate of Interested Persons and Rule 7.1 Disclosure Statement

# Exhibit A-1

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD HORTON d/b/a WOODWAY ON THE GREEN, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-cv-02807 |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO and CHRISTOPHER VAN REES, | § § § § § § | |
| Defendants. | § | |

## INDEX OF DOCUMENTS FILED IN THE STATE COURT ACTION

1. Plaintiff's Original Petition & Jury Demand
   Filed:     August 29, 2017

2. Affidavit of Service of Citation on Defendant Engle Martin & Associates
   Filed:     September 15, 2017

3. Affidavit of Service of Citation on Defendant Strata Claims Management, LLC
   Filed:     September 15, 2017

4. Affidavit of Service of Citation on Defendant Risa Hayes Vallejo
   Filed:     September 20, 2017

5. Affidavit of Service of Citation on Defendant Peleus Insurance Company
   Filed:     September 20, 2017

6. Affidavit of Service of Citation on Defendant Christopher Van Rees
   Filed:     September 15, 2017

7. Defendants' Answer to Plaintiff's Original Petition & Jury Demand
   Filed:     September 29, 2017

# Exhibit A-2

## Case Information

DC-17-11083 | RICHARD HORTON vs. PELEUS INSURANCE COMPANY, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-17-11083 | 134th District Court | TILLERY, DALE |
| File Date | Case Type | Case Status |
| 08/29/2017 | CNTR CNSMR COM DEBT | OPEN |

## Party

PLAINTIFF
HORTON, RICHARD

**Address**
2402 DUNLAVY STREET
HOUSTON TX 77006

Active Attorneys ▾
Lead Attorney
SLANIA, ANDREW P
Retained

Work Phone
713-554-9099

Fax Phone
713-554-9098

DEFENDANT
PELEUS INSURANCE COMPANY

**Address**
BY SERVING ITS CLAIMS MANAGER, PELEUS
INSURANCE COMPANY
8720 STONY POINT PARKWAY SUITE 400
RICHMOND VA 23235

Active Attorneys ▾
Lead Attorney
BADGER, STEVEN JOHN
Retained

Work Phone
214-742-3000

Fax Phone
214-760-8994

DEFENDANT
STRATA CLAIMS MANAGEMENT, LLC

Active Attorneys ▾
Lead Attorney

BY SERVING ITS REGISTERED AGENT CT
CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201-3136

BADGER, STEVEN
JOHN
Retained

Work Phone
214-742-3000

Fax Phone
214-760-8994

DEFENDANT
ENGLE MARTIN & ASSOCIATES, INC

Address
BY SERVING ITS REGISTERED AGENT CT
CORPORATION SYSTEM
1999 BRYAN STREET SUITE 900
DALLAS TX 75201-3136

Active Attorneys ▾
Lead Attorney
BADGER, STEVEN
JOHN
Retained

Work Phone
214-742-3000

Fax Phone
214-760-8994

DEFENDANT
VALLEJO, RISA HAYES

Address
200 ROUSSEAU STREET
WAXAHACHIE TX 75165-2740

Active Attorneys ▾
Lead Attorney
BADGER, STEVEN
JOHN
Retained

Work Phone
214-742-3000

Fax Phone
214-760-8994

DEFENDANT
VAN REES, CHRISTOPHER

Address
4412 BLACK OTTER TRAIL, APT. 1153
DALLAS TX 75287-5103

Active Attorneys ▾
Lead Attorney
BADGER, STEVEN
JOHN
Retained

Work Phone
214-742-3000

Fax Phone
214-760-8994

## Events and Hearings

08/29/2017 NEW CASE FILED (OCA) - CIVIL

08/29/2017 ORIGINAL PETITION ▾

Original Petition - Woodway.pdf

08/29/2017 CASE FILING COVER SHEET ▾

Civil Case Info Sheet.pdf

08/29/2017 ISSUE CITATION

08/29/2017 JURY DEMAND

08/31/2017 CITATION ISSUED ▾

DC-17-11083.pdf

DC-17-11083-2.pdf

DC-17-11083-4.pdf

DC-17-11083-5.pdf

08/31/2017 CITATION ISSUED ▾

DC-17-11083-1.pdf

08/31/2017 CITATION ▾

Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/20/2017
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned

Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/15/2017
Anticipated Server
ESERVE

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
09/20/2017
Anticipated Server
ESERVE

Anticipated Method
Actual Server
OUT OF COUNTY

Returned
09/25/2017

09/15/2017 RETURN OF SERVICE ▼

ENGLE MARTIN &

  Comment
  CIT EXEC 9/11/17 TO ENGLE MARTIN & ASSOCIATES INC

09/15/2017 RETURN OF SERVICE ▼

STRATA

  Comment
  CIT EXEC 9/11/17 TO STRATA CLAIMS MANAGEMENT LLC

09/20/2017 RETURN OF SERVICE ▼

RISA

  Comment
  CIT EXEC 9/19/17 TO RISA HAYES VALLEJO

09/20/2017 RETURN OF SERVICE ▼

PELEUS

  Comment
  CIT EXEC 9/12/17 TO PELEUS INS CO

09/25/2017 RETURN OF SERVICE ▼

CIT EXEC 9/20/17 TO VAN REES

09/29/2017 ORIGINAL ANSWER - GENERAL DENIAL ▾

Defendants' Answer.pdf

09/29/2017 ORIGINAL ANSWER - GENERAL DENIAL

09/29/2017 JURY DEMAND ▾

Defendants' Answer.pdf

11/10/2017 DISMISSAL FOR WANT OF PROSECUTION ▾

Judicial Officer
TILLERY, DALE

Hearing Time
10:00 AM

Cancel Reason
BY COURT ADMINISTRATOR

## Financial

HORTON, RICHARD

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $367.00 |
| Total Payments and Credits | | | | $367.00 |
| 8/30/2017 | Transaction Assessment | | | $367.00 |
| 8/30/2017 | CREDIT CARD - TEXFILE (DC) | Receipt # 56026-2017-DCLK | HORTON, RICHARD | ($367.00) |

## Documents

Original Petition - Woodway.pdf

Civil Case Info Sheet.pdf

DC-17-11083.pdf

DC-17-11083-2.pdf

DC-17-11083-4.pdf

DC-17-11083-5.pdf

DC-17-11083-1.pdf

ENGLE MARTIN &

STRATA

RISA

PELEUS

VAN REES

Defendants' Answer.pdf

# Exhibit A-3

# Exhibit A-3-a

FILED
DALLAS COUNTY
8/29/2017 4:12 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

DC-17-11083

Cause No. _____

| | | |
|---|---|---|
| RICHARD HORTON dba WOODWAY ON THE GREEN, INC. | § § § § | IN THE DISTRICT COURT OF |
| V. | § § | DALLAS COUNTY, TEXAS |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO and CHRISTOPHER VAN REES | § § § § § § | G-134TH ___ JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

Plaintiff RICHARD HORTON DBA WOODWAY ON THE GREEN, INC. ("Woodway" or "Plaintiff") by and through their attorneys, file this Original Petition & Jury Demand against Defendants PELEUS INSURANCE COMPANY ("Peleus" or "Carrier"), STRATA CLAIMS MANAGEMENT, LLC ("Strata"), ENGLE MARTIN & ASSOCIATES, INC. ("Engle Martin"), RISA HAYES VALLEJO ("Ms. Vallejo"), CHRISTOPHER VAN REES ("Mr. Van Rees") (collectively "Defendants") and would respectfully show the following:

### Discovery Control Plan

1.1    Plaintiff intends to conduct discovery under Level 2 of Texas Rule of Civil Procedure 190.

### Parties

2.1    Plaintiff, Richard Horton dba Woodway on the Green, Inc. is a domestic For-Profit Corporation organized under the laws of the State of Texas.

1

2.2    Upon information and belief, Defendant Peleus is a foreign surplus lines insurance company regularly engaged in the business of insurance in Texas, operating for the purpose of accumulating monetary profit. Peleus regularly and systematically issues insurance policies in the State of Texas.  They may be served with process by serving certified mail, return receipt requested, to **Claims Manager, Peleus Insurance Company, 8720 Stony Point Parkway, Suite 400, Richmond, VA 23235**.

2.3    Upon information and belief, Strata is a corporation organized under the laws of the State of Texas regularly engaged in the business of adjusting insurance claims in Texas through its various Texas offices. Strata regularly and systematically engages in business in Texas, operating for the purpose of accumulating monetary profit and may be served with process through **CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.**

2.4    Upon information and belief, Engle Martin is a corporation organized under the laws of the State of Georgia regularly engaged in the business of adjusting insurance claims in Texas through its various Texas offices. Engle Martin regularly and systematically engages in business in Texas, operating for the purpose of accumulating monetary profit and may be served with process through **CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201-3136.**

2.5    Upon information and belief, Risa Hayes Vallejo is a natural person residing and working in the State of Texas.   She may be served with process by serving her at, **Risa Hayes Vallejo, 200 Rousseau Street, Waxahachie, Texas 75165-2740.**

2

2.6    Upon information and belief, Van Rees is a natural person residing and working in the State of Texas.  He may be served with process by serving him at, **Christopher Van Rees, 4412 Black Otter Trail, Apt. 1153, Dallas, Texas 75287-5106.**

### Venue & Jurisdiction

3.1    Venue is  proper in Dallas County under Tex. Civ. Prac. & Rem. Code section 15.002(a)(3) as it is the County where Defendants Strata and Engle Martins principal offices are located.  Venue is also proper in Dallas County under Tex. Civ. Prac. & Rem. Code section 15.002(a)(1), as a substantial part of the events or omissions giving rise to this claim occurred in Dallas County.  In particular, the adjustment of the claim by Defendants Strata and Engle Martin for losses under the policy (including payments to be made to Plaintiff under the policy) were conducted in Dallas County, Texas out of Strata and Engle Martin's Dallas offices. Further, investigation, including communications to and from Defendants and Woodway (including telephone calls, mailings, and other communications to Woodway) and communications between Defendants including the denial of the claim occurred in Dallas County, Texas.

3.2    Plaintiff seeks damages within the jurisdictional limits of this Court. Plaintiff trusts the jury to evaluate the evidence, but at this time, Plaintiff seeks monetary relief in an amount over $1,000,000.  Plaintiff reserves the right to modify the amount and type of relief sought in the future.

### General Allegations

4.1     On or before March 17, 2016, Peleus sold a commercial property insurance policy bearing Policy No. S3-1457 to Woodway whereby Peleus would provide insurance coverage for the property located at 6201 Woodway Drive, Fort Worth, Texas 76133 (the "Property") in exchange for the timely payment of premiums (the "Policy"). The Property consists of several apartment buildings owned by Woodway. The Policy was sold by Peleus to Woodway as the insured under the Policy and provides coverage for damages to the Property caused by wind and hail.

4.2     On or about March 17, 2016, Plaintiff's property was substantially damaged by a severe wind and hail storm that north Texas.. As a result, the roofs, HVAC, exteriors, and interiors of the Property were substantially damaged. Immediately upon discovering the damage, Plaintiff filed an insurance claim under the Policy with Peleus for damages to the Property caused by the wind and hail storm. Plaintiff asked that the cost of repairs be covered pursuant to the Policy.

4.3     Peleus is the insurer on the Property. In response to the claim, the Carrier assigned adjusters, consultants, and agents to Plaintiff's file that were inadequate and improperly trained. More specifically, Peleus assigned Strata to adjust the claim and Strata assigned Ms. Vallejo as the claims manager. Peleus also assigned Plaintiff's claim to Engle Martin as adjusters who in turn assigned its employee Mr. Van Rees to adjust the damages under the Policy. Peleus with ultimate decision-making authority falsely denied the claim, failed to conform to proper claim

4

settlement practices in Texas, failed to properly supervise its designated representatives, and unreasonably denied and delayed full and fair claim payment.

4.4      Peleus Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to perform a thorough investigation of the claim.   Mr. Van Rees inspected the property on January 4, 2017 and performed a substandard inspection of the Property. Mr. Van Rees grossly undervalued what damage he did accept. Defendants delayed the claims process and failed to communicate with the insured.   Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees performed an inadequate, incomplete and unreasonable investigation of Plaintiff's claim, which is evidenced by their delays, lack of communication, refusal to hire to appropriate consultants, and estimate that fails to account for the necessary repairs for the Property. Peleus relied exclusively on Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees in determining what amounts, if any, to pay on Plaintiff's claim and failed to perform their own adequate investigation. Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees made false representations to Plaintiff's representative including illegitimately representing that the entirety of damages occurred prior to the policy period and improperly ignoring facts confirming and supporting the hail and wind event and in turn extent of damages.   On April 6, 2017 Strata and Ms. Vallejo misrepresented the extent of damages confirmed at the property, falsely used excuses such as roof deficiencies and improper installation and made misrepresentations about available weather data including blatant misuse of the predictive modeling supposedly being relied on to deny and delay the claim.  Further, on May 9, 2017, Strata and Ms. Vallejo

wrongfully claimed the roofs did not need to be replaced and instead blamed the clear damages on installation failures and the age of the roof systems. These are deceptive, unfair, and unreasonable claim actions as Peleus and Strata's underwriting confirms the good and insurable condition of the buildings.

4.5     Defendants wrongfully denied Plaintiff's claim for property repairs. Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees chose to ignore obvious damages to the Property. Defendants have chosen to continue to deny timely payment of the damages. As a result, Woodway has not been fully paid under the Policy provided by Peleus since the wind and hail storm. Woodway was forced to hire its own consultant to independently evaluate the damages to the Property because Defendants refused to do so. Plaintiff's own expert has identified substantial damage far beyond what Peleus acknowledged. To this day, Peleus refuses to pay for the necessary repairs to the Property as required under the Policy.

4.6     As a result of Defendants' acts and/or omissions, Plaintiff was required to retain an attorney to prosecute its claim for insurance benefits.

4.7     Unfortunately, Defendants have delayed payment for Plaintiff's necessary and covered property repairs under the insurance policy that Peleus wrote. Given the repeated delays of payment, Plaintiff has been subjected to significant economic impact, worry, distress, and continuing economic and physical damage. Because of Defendants' delays, denials, and underpayment, Plaintiff has been unable to make necessary repairs to the Property which has resulted in further damages to the Property, including additional interior and roof damage, among others. In addition,

6

Plaintiff has suffered financial harm and damage as a result of Defendants' denials and repeated delays.  The significant effect of Defendants' wrongful and unjustified delays, however, is still uncompensated.

### FIRST CAUSE OF ACTION---Violations of Texas Insurance Code

5.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-4.7 of this Petition as if fully set forth herein.

5.2     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to attempt to effectuate a prompt, fair, and equitable settlement of a claim with respect to which liability has become reasonably clear, in violation of Texas Insurance Code Section 541.060 (a)(2)(A).

5.3     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to adopt and implement reasonable standards for prompt investigation of claims arising under its policies.

5.4     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to provide promptly a reasonable explanation, in relation to the facts or applicable law, for the denial of a claim, in violation of Texas Insurance Code Section 541.060 (a)(3).

5.5     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees refused to pay a claim without conducting a reasonable investigation with respect to the claim, in violation of Texas Insurance Code Section 541.060 (a)(7).

5.6     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by making an untrue statement of material fact, in violation of Texas Insurance Code Section

7

541.061 (1). Peleus, Engle Martin, and Van Rees misrepresented the insurance policy to Plaintiff, by making an untrue statement of material fact, in violation of Texas Insurance Code Section 541.061 (1).

5.7     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code Section 541.061 (2). Peleus, Strata, and Engle Martin misrepresented the insurance policy to Plaintiff by failing to state a material fact that is necessary to make other statements made not misleading, in violation of Texas Insurance Code Section 541.061 (2).

5.8     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees misrepresented the insurance policy under which it affords Property coverage to Plaintiff, by making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of material fact, and failing to disclose a matter required by law to be disclosed, in violation of Texas Insurance Code Section 541.061 (3) and Texas Insurance Code Section 541.002 (1). Defendants misrepresented the insurance policy to Plaintiff by making a statement in such manner as to mislead a reasonably prudent person to a false conclusion of material fact, and failing to disclose a matter required by law to be disclosed, in violation of Texas Insurance Code Section 541.061 (3) and Texas Insurance Code Section 541.002 (1).

5.9     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees knowingly committed the foregoing acts, with actual knowledge of the falsity, unfairness, or

deception of the foregoing acts and practices, in violation of Texas Insurance Code Section 541.002 (1).

## SECOND CAUSE OF ACTION---Prompt Payment of Claim

6.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-5.9 of this Petition as if fully set forth herein.

6.2     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to acknowledge receipt of the claim in violation of Texas Insurance Code Section 542.055 (a)(1).

6.3     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to timely commence investigation of the claim or to request from Plaintiff any additional items, statements or forms that Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees reasonably believe to be required from Plaintiffs in violation of Texas Insurance Code Section 542.055 (a)(2)-(3).

6.4     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees failed to notify Plaintiff in writing of the acceptance or rejection of the claim not later than the 15th business day after receipt of all items, statements and forms required by Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees in violation of Texas Insurance Code Section 542.056(a).

6.5     Peleus, Strata, Engle Martin, Ms. Vallejo, and Mr. Van Rees delayed payment of Plaintiff's claim in violation of Texas Insurance Code Section 542.058(a).

## THIRD CAUSE OF ACTION---Statutory Interest

7.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-6.5 of the Petition as if fully set forth herein.

7.2     Plaintiff makes a claim for penalties of 18% statutory interest on the amount of the claims along with reasonable attorneys' fees for violation of Texas Insurance Code Subchapter B pursuant to Texas Insurance Code Section 542.060.

## FOURTH CAUSE OF ACTION---Breach of Contract

8.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-7.2 of the Petition as if fully set forth herein.

8.2     Peleus breached its contracts with Plaintiff.  As a result of Carrier's breaches, Plaintiff suffered legal damages.

## FIFTH CAUSE OF ACTION---Breach of duty of good faith & fair dealing

9.1     Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-8.2 of the Petition as if fully set forth herein.

9.2     Peleus, as the property coverage insurer, had a duty to deal fairly and in good faith with Plaintiff in the processing of the claim.   Peleus breached this duty by refusing to properly investigate and effectively denying insurance benefits.  Peleus knew or should have known that there was no reasonable basis for denying or delaying the required benefits.  As a result of Carrier's breach of these legal duties, Plaintiff suffered legal damages.

## SIXTH CAUSE OF ACTION---Punitive Damages for Bad Faith

10.1    Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-9.2 of this Petition as if fully set for herein.

10.2   Peleus acted fraudulently and with malice (as that term is legally defined) in denying Plaintiff's claim for benefits.   Further, Peleus had actual, subjective awareness of the risk involved, but nevertheless proceeded with conscious indifference to the rights, safety, or welfare of Plaintiff.

### SEVENTH CAUSE OF ACTION---Violations Of Texas DTPA

11.1   Plaintiff re-alleges and incorporates each allegation contained in Paragraphs 1-10.2 of this Complaint as if fully set forth herein.

11.2   The Deceptive Trade Practices-Consumer Protection Act (DTPA) provides additional protections to consumers who are victims of deceptive, improper, or illegal practices.   Defendants' violations of the Texas Insurance Code create a cause of action under the DTPA.   Defendants' violations of the Texas Insurance Code, as set forth herein, specifically violate the DTPA as well.

### KNOWLEDGE

12.1   Each of the actions described herein were done "knowingly" as that term is used in the Texas Insurance Code and were a producing cause of Plaintiff's damages.

### RESULTING LEGAL DAMAGES

13.1   Plaintiff is entitled to the actual damages resulting from the Defendants' violations of the law.   These damages include the consequential damages to its economic welfare from the wrongful denial and delay of benefits; the mental anguish and physical suffering resulting from this wrongful denial of benefits, and continued impact on Plaintiff; lost credit reputation; and the other actual damages permitted by law.   In addition, Plaintiff is entitled to exemplary damages.

11

13.2    As a result of Defendants' acts and/or omissions, Plaintiff has sustained damages in excess of the minimum jurisdictional limits of this Court.

13.3    Plaintiff is entitled under law to the recovery of prejudgment interest at the maximum legal rate.

13.4    Defendants' knowing violations of the Texas Insurance Code and DTPA entitle Plaintiff to the attorneys' fees, treble damages, and other penalties provided by law.

13.5    Plaintiff is entitled to statutory interest on the amount of its claim at the rate of 18% per year as damages under the Texas Insurance Code §542.060(a).

13.6    Plaintiff is entitled to the recovery of attorneys' fees pursuant to Tex. Civ. Prac. & Rem. Code §38.001, the Texas Insurance Code §542.060(a)-(b), the Tex. Bus & Commerce Code §17.50 and Tex. Civ. Prac. & Rem. Code §37.009.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that Plaintiff has judgment against Defendants for actual damages in excess of the minimum jurisdictional limits of this Court, pre- and post-judgment interest as allowed by law, costs of suit, and all other relief, at law or in equity, to which Plaintiff may be entitled.

Respectfully submitted,

RAIZNER SLANIA, LLP

JEFFREY L. RAIZNER

12

State Bar No. 00784806
ANDREW P. SLANIA
State Bar No. 24056338
AMY BAILEY HARGIS
State Bar No. 24078630
efile@raiznerlaw.com
2402 Dunlavy Street
Houston, Texas 77006
Phone:  713.554.9099
Fax:  713.554.9098

**ATTORNEYS FOR PLAINTIFF**

**JURY DEMAND**

*Plaintiff hereby demands a trial by jury, a right enshrined in the Constitution of the United States of America and the State of Texas and preserved by the sacrifices of many.  The necessary jury fee has been paid.*


_____
JEFFREY L. RAIZNER

13

Exhibit A-3-b

FILED
DALLAS COUNTY
9/15/2017 5:34 PM
FELICIA PITRE
DISTRICT CLERK

## 134th District Court of DALLAS County, Texas
600 COMMERCE STREET, 4TH FLOOR DALLAS TX 75202

Dianne Coffey

## CASE #: DC-17-11083

**RICHARD HORTON DBA WOODWAY ON THE GREEN, INC.**

*Plaintiff*

**vs**

**PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

*Defendant*

Dia

### AFFIDAVIT OF SERVICE

I, **TISHA ROWLETT**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/08/17 3:52 pm, instructing for same to be delivered upon Engle Martin & Associates By Delivering To It's Registered Agent, CT Corporation System.

That I delivered to    : Engle Martin & Associates By Delivering To It's Registered
                         Agent, CT Corporation System. By Delivering to Terri Thongsavath,
                         Service Specialist

the following          : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

at this address        : 1999 Bryan St., Ste. 900
                         DALLAS, Dallas County, TX 75201

Manner of Delivery     : By PERSONALLY delivering the document(s) to the person
                         above.

Delivered on           : Monday SEP 11, 2017 3:00 pm

My name is TISHA ROWLETT, my date of birth is SEP 1st, 1975, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _15th_ day of
_September_, 20 _17_.

_____
TISHA ROWLETT                                        Declarant
2290

Texas Certification#: SCH-12092 Exp. 06/30/2019

PCP Inv#: D17900123
SO  Inv#: A17901035

+ Service Fee:   75.00
  Witness Fee:    .00
  Mileage Fee:    .00

tomcat       AX02A17901035

Raizner, Jeffrey L.
                                    **E-FILE RETURN**

# FORM NO. 353-3 - CITATION
## THE STATE OF TEXAS

To:   **ENGLE MARTIN & ASSOCIATES, INC**
      **BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
      **1999 BRYAN STREET SUITE 900**
      **DALLAS TX 75201-3136**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD HORTON D/B/A WOODWAY ON THE GREEN INC**

Filed in said Court **29th day of August, 2017** against

**PELEUS INSURANCE COMPANY , STRATA CLAIMS MANAGEMENT, LLC,**
**ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND**
**CHRISTOPHER VAN REES**

For Suit, said suit being numbered **DC-17-11083**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of August, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

                    /s/ Gay Lane
By _____ , Deputy
          GAY LANE

---

**ESERVE**

**CITATION**

**DC-17-11083**

**RICHARD HORTON**
**vs.**
**PELEUS INSURANCE COMPANY, et al**

ISSUED THIS
**31st day of August, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

***Attorney for Plaintiff***
ANDREW P SLANIA
2402 DUNLAVY STREET
HOUSTON TX  77006
713-554-9099

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-17-11083

Court No.134th District Court

Style: RICHARD HORTON

vs.

PELEUS INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ .M. Executed at _____,

within the County of _____ at _____ o'clock _____ .M. on the _____ day of _____,

20 _____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

| | | | |
|---|---|---|---|
| For serving Citation | $ _____ | | |
| For mileage | $ _____ | of _____ County, _____ | |
| For Notary | $ _____ | By _____ | Deputy |

(Must be verified if served outside the State of Texas )

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____.

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

# Exhibit A-3-c

FILED
DALLAS COUNTY
9/15/2017 5:34 PM
FELICIA PITRE
DISTRICT CLERK

# 134th District Court of DALLAS County, Texas
600 COMMERCE STREET, 4TH FLOOR DALLAS TX 75202

Dianne Coffey

## CASE #: DC-17-11083

**RICHARD HORTON DBA WOODWAY ON THE GREEN, INC.**

*Plaintiff*
**VS**
**PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **TISHA ROWLETT**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 09/08/17 3:52 pm, instructing for same to be delivered upon Strata Claims Management, LLC By Delivering To It's Registered Agent, CT Corporation System.

| | |
|---|---|
| That I delivered to | : Strata Claims Management, LLC By Delivering To It's Registered Agent, CT Corporation System. By Delivering to Strata Claims Management, LLC, Service Specialist |
| the following | : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND |
| at this address | : 1999 Bryan St., Ste. 900 DALLAS, Dallas County, TX 75201 |
| Manner of Delivery | : By PERSONALLY delivering the document(s) to the person above. |
| Delivered on | : Monday SEP 11, 2017 3:00 pm |

My name is TISHA ROWLETT, my date of birth is SEP 1st, 1975, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Dallas_ County, State of Texas, on the _15th_ day of _September_, 20_17_.

TISHA ROWLETT                                         Declarant
2290
Texas Certification#: SCH-12092 Exp. 06/30/2019

PCP Inv#: D17900125
SO  Inv#: A17901039

+ Service Fee: 75.00
Witness Fee:    .00
Mileage Fee:    .00

AX02A17901039
tomcat

Raizner, Jeffrey L.
**E-FILE RETURN**

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

To:     STRATA CLAIMS MANAGEMENT, LLC
        BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM
        1999 BRYAN STREET SUITE 900
        DALLAS TX 75201-3136

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD HORTON D/B/A WOODWAY ON THE GREEN INC**

Filed in said Court **29th day of August, 2017** against

**PELEUS INSURANCE COMPANY , STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC, RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

For Suit, said suit being numbered **DC-17-11083**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County,Texas.
Given under my hand and the Seal of said Court at office this 31st day of August, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By     /s/ Gay Lane                          , Deputy
       GAY LANE

---

RICHARD HORTON
vs.
PELEUS INSURANCE COMPANY, et al

ISSUED THIS
**31st day of August, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
ANDREW P SLANIA
2402 DUNLAVY STREET
HOUSTON TX 77006
713-554-9099

DALLAS COUNTY
SERVICE FEES
NOT PAID

# OFFICER'S RETURN

Case No. : DC-17-11083

Court No.134th District Court

Style: RICHARD HORTON

vs.

PELEUS INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20____, at _____ o'clock _____ M. Executed at _____,

within the County of _____ at _____ o'clock _____ M. on the _____ day of _____,

20 _____, by delivering to the within named _____

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery. The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand

For serving Citation        $ _____

For mileage                 $ _____ of _____ County, _____

For Notary                  $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 ____,

to certify which witness my hand and seal of office.

_____ Notary Public _____ County

# Exhibit A-3-d

FILED
DALLAS COUNTY
9/20/2017 9:33 AM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

# 134th District Court of DALLAS County, Texas
600 COMMERCE STREET, 4TH FLOOR DALLAS TX 75202

## CASE #: DC-17-11083

**RICHARD HORTON DBA WOODWAY ON THE GREEN, INC.**

*Plaintiff*
**vs**
**PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER**

*Defendant*

### AFFIDAVIT OF SERVICE

I, **KEVIN A MALONE**, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/16/17 4:51 pm, instructing for same to be delivered upon Vallejo, Risa Hayes.

That I delivered to        : Vallejo, Risa Hayes.

the following              : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

at this address            : 8144 Walnut Hill Lane STE#1490
                             DALLAS, Dallas County, TX 75231

Manner of Delivery         : By PERSONALLY delivering the document(s) to the person
                             above.

Delivered on               : Tuesday SEP 19, 2017 11:09 am

My name is KEVIN A MALONE, my date of birth is OCT 22nd, 1960, and my address is Professional Civil Process Dallas, Inc., 2300 Valley View Ln, Ste 612, Irving TX 75062, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in _DALLAS_ County, State of Texas, on the _19_ day of
_Sept_ , 20_17_.

                             KEVIN A MALONE                    Declarant
                             2057

                  Texas Certification#: PSC-11139 Exp. 09/30/2020

                       PCP Inv#: D17900221
                       SO  Inv#: A17901980

+ Service Fee:   75.00
  Witness Fee:    .00
  Mileage Fee:    .00
                             Raizner, Jeffrey L.
                                       **E-FILE RETURN**

AX02A17901980
tomcat

**ESERVE**

**CITATION**

**DC-17-11083**

RICHARD HORTON
vs.
**PELEUS INSURANCE COMPANY, et al**

ISSUED THIS
**31st day of August, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
ANDREW P SLANIA
2402 DUNLAVY STREET
HOUSTON TX 77006
713-554-9099

**DALLAS COUNTY
SERVICE FEES
NOT PAID**

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

**To:**   RISA HAYES VALLEJO
200 ROUSSEAU STREET
WAXAHACHIE TX 75165-2740

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being RICHARD HORTON D/B/A WOODWAY ON THE GREEN INC

Filed in said Court **29th day of August, 2017** against

**PELEUS INSURANCE COMPANY , STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

For Suit, said suit being numbered **DC-17-11083**, the nature of which demand is as follows:
Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of August, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By ___/s/ Gay Lane_____ , Deputy

GAY LANE



# OFFICER'S RETURN

Case No. : DC-17-11083

Court No.134th District Court

Style: RICHARD HORTON

vs.

PELEUS INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____M. on the _____ o'clock _____ .M. Executed at

within the County of _____ at _____ day of

20 _____, by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation    $ _____

For mileage              $ _____   of _____ County, _____

For Notary               $ _____   By _____                    Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

Exhibit A-3-e

FILED
DALLAS COUNTY
9/20/2017 12:33 PM
FELICIA PITRE
DISTRICT CLERK

Dianne Coffey

## 134th District Court of DALLAS County, Texas
600 COMMERCE STREET, 4TH FLOOR DALLAS TX 75202

## CASE #: DC-17-11083

**RICHARD HORTON DBA WOODWAY ON THE GREEN, INC.**


*Plaintiff*
**vs**
**PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

*Defendant*

### AFFIDAVIT OF SERVICE

I, ADREA NICOLE PARISI, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on _September 12, 2017_, Time: _10:00_ A M instructing for same to be delivered upon Peleus Insurance Company By Delivering To It's Claims Manager, Peleus Insurance Company.

That I delivered to         : Peleus Insurance Company By Delivering To It's Claims
                              Manager, Peleus Insurance Company.

the following              : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

at this address            : P.O. Box 469012
                             SAN ANTONIO, Bexar County, TX 78246-9012

Manner of Delivery         : by certified mail. Return receipt with signature thereon is
                             attached hereto each; a true copy of the documents listed above
                             and endorsed on such the date of mailing.

Delivered on               : Tuesday September 12, 2017 am


My name is ADREA NICOLE PARISI, my date of birth is June 23rd, 1983, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A. I declare under penalty of perjury that the foregoing is true and correct.

Executed in _Burnet_ County, State of Texas, on the _15_ day of
_September_, 20 _17_.

ADREA NICOLE PARISI                                    Declarant
1046

Texas Certification#: SCH-12197 Exp. 08/31/2019

PCP Inv#: A17901040

AX02A17901040

miac

+ Service Fee:   70.00
  Witness Fee:     .00
  Mileage Fee:     .00
                              Raizner, Jeffrey L.
                                        **E-FILE RETURN**

**2. Article Number**

7160 3901 9848 8680 4772

| | |
|---|---|
| **3. Service Type   CERTIFIED MAIL** | |
| **4. Restricted Delivery?** *(Extra Fee)* | Yes |
| **1. Article Addressed to:** | |

Peleus Insurance Company
By Delivering To It's Claims Manager

P.O. Box 469012
SAN ANTONIO TX 78246-9012

A17900096

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature

X

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

RESTRICTED
DELIVERY

PS Form 3811, January 2005        Domestic Return Receipt



NEOPOST
09/08/2017
US POSTAGE $011.93
ZIP 78669
041M11276322

CERTIFIED MAIL

7160 3901 9848 8660 4949

103 Vista View Trl
Spicewood, TX 78669

RESTRICTED DELIVERY

RESTRICTED DELIVERY

Peleus Insurance Company
By Delivering To it's Claims Manager, Peleus Insurance
Company
P.O. Box 469012
SAN ANTONIO TX 78246-9012



Thank you for using Return Receipt Service

**RETURN RECEIPT REQUESTED**
**USPS MAIL CARRIER**
**DETACH ALONG PERFORATION**

PS Form 3811, January 2005                Domestic Return Receipt

A17901040

SAN ANTONIO TX 78246-9012
P.O. Box 469012
Company
By Delivering To It's Claims Manager, Peleus Insurance
Peleus Insurance Company

4. Restricted Delivery? (Extra Fee)   ☑ Yes

1. Article Addressed to:

3. Service Type  CERTIFIED MAIL

2. Article Number

7360 3903 9848 8680 4949

1. COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery

C. Signature
X                                        ☐ Agent
                                         ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

RESTRICTED
DELIVERY

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF RETURN ADDRESS, FOLD AT DOTTED LINE

Thank you for using Return Receipt Service

# FORM NO. 353-3 – CITATION
## THE STATE OF TEXAS

**To:**   **PELEUS INSURANCE COMPANY**
**BY SERVING ITS CLAIMS MANAGER PELEUS INSURANCE COMPANY**
**8720 STONY POINT PARKWAY SUITE 400**
**RICHMOND VA 23235**

GREETINGS:
You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD HORTON D/B/A WOODWAY ON THE GREEN INC**

Filed in said Court **29th day of August, 2017** against

**PELEUS INSURANCE COMPANY , STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

For Suit, said suit being numbered **DC-17-11083**, the nature of which demand is as follows: Suit on **CNTR CNSMR COM DEBT** etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of August, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____/s/ Gay Lane_____, Deputy
         GAY LANE

---

**ESERVE**

**CITATION**

**DC-17-11083**

**RICHARD HORTON**
**vs.**
**PELEUS INSURANCE COMPANY, et al**

ISSUED THIS
**31st day of August, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By: GAY LANE, Deputy

**Attorney for Plaintiff**
ANDREW P SLANIA
2402 DUNLAVY STREET
HOUSTON TX 77006
713-554-9099

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

# OFFICER'S RETURN

Case No. : DC-17-11083

Court No.134th District Court

Style: RICHARD HORTON

vs.

PELEUS INSURANCE COMPANY, et al

Came to hand on the _____ day of _____, 20 _____, at _____ o'clock _____ M. Executed at _____,

within the County of _____ at _____ o'clock _____ M. on the _____ day of _____,

20 _____, by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand.

For serving Citation      $ _____

For mileage               $ _____          of _____ County, _____

For Notary                $ _____          By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____, 20 _____

to certify which witness my hand and seal of office.

_____
Notary Public _____ County

# Exhibit A-3-f

FILED
DALLAS COUNTY
9/25/2017 10:36 AM
FELICIA PITRE
DISTRICT CLERK

## 134th District Court of DALLAS County, Texas
600 COMMERCE STREET, 4TH FLOOR DALLAS TX 75202

Dianne Coffey

## CASE #: DC-17-11083

**RICHARD HORTON DBA WOODWAY ON THE GREEN, INC.**

*Plaintiff*
**vs**
**PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND CHRISTOPHER VAN REES**

*Defendant*

## AFFIDAVIT OF SERVICE

I, JEREMY WILSON, make statement to the fact;
That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit.  That I received the documents stated below on 09/18/17 11:08 am, instructing for same to be delivered upon Rees, Van.

That I delivered to        : Rees, Van.

the following            : CITATION; PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

at this address          : 4412 Black Otter Trail,
                           Apt. 1153
                           DALLAS, Collin County, TX 75287

Manner of Delivery       : By PERSONALLY delivering the document(s) to the person
                           above.

Delivered on             : Wednesday SEP 20, 2017 6:46 pm

My name is JEREMY WILSON, my date of birth is DEC 12th, 1977, and my address is Professional Civil Process Of Texas, Inc, 103 Vista View Trail, Spicewood TX 78669, and U.S.A.  I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the _____23_____ day of
_____Sept_____, 20_17_.

                                                                    _____
JEREMY WILSON                                                        Declarant
2465

                    Texas Certification#: PSC-12087 Exp. 06/30/2019

                         PCP Inv#: D17900124
                         SO  Inv#: A17901038

                    + Service Fee:  75.00
                      Witness Fee:    .00
                      Mileage Fee:    .00
tomcat                       Raizner, Jeffrey L.
                             **E-FILE RETURN**

**DALLAS COUNTY**
**SERVICE FEES**
**NOT PAID**

**ESERVE**

**CITATION**

**DC-17-11083**

**RICHARD HORTON**
**vs.**
**PELEUS INSURANCE COMPANY, et al**

ISSUED THIS
**31st day of August, 2017**

FELICIA PITRE
Clerk District Courts,
Dallas County, Texas

By:  GAY LANE, Deputy

**Attorney for Plaintiff**
ANDREW P SLANIA
2402 DUNLAVY STREET
HOUSTON TX 77006
713-554-9099

---

**FORM NO. 353-3 – CITATION**
**THE STATE OF TEXAS**

To:   **VAN REES**
**4412 BLACK OTTER TRAIL APT 1153**
**DALLAS TX 75287-5106**

GREETINGS:
You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty  days after you were served this citation and  petition, a default judgment may be taken against you.  Your answer should be addressed to the clerk of the **134th District Court** at 600 Commerce Street, Ste. 101, Dallas, Texas 75202.

Said Plaintiff being **RICHARD HORTON D/B/A WOODWAY ON THE GREEN INC**

Filed in said Court **29th day of August, 2017** against

**PELEUS INSURANCE COMPANY , STRATA CLAIMS MANAGEMENT, LLC,**
**ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO AND**
**CHRISTOPHER VAN REES**

For Suit, said suit being numbered **DC-17-11083**, the nature of which demand is as follows:
Suit on CNTR CNSMR COM DEBT etc. as shown on said petition, a copy of which accompanies this citation.  If this citation is not served, it shall be returned unexecuted.

WITNESS: FELICIA PITRE, Clerk of the District Courts of Dallas, County Texas.
Given under my hand and the Seal of said Court at office this 31st day of August, 2017.

ATTEST: FELICIA PITRE, Clerk of the District Courts of Dallas, County, Texas

By _____ , Deputy
     /s/ Gay Lane
     GAY LANE

## OFFICER'S RETURN

Case No. : DC-17-11083

Court No.134th District Court

Style: RICHARD HORTON

vs.

PELEUS INSURANCE COMPANY, et al

Came to hand on the _____ day of _____ , 20____ , at _____ o'clock _____ M. Executed at

within the County of _____ at _____ o'clock _____ M. on the _____ day of

20 _____ , by delivering to the within named

_____

each, in person, a true copy of this Citation together with the accompanying copy of this pleading, having first endorsed on same date of delivery.  The distance actually traveled by

me in serving such process was _____ miles and my fees are as follows:   To certify which witness my hand

For serving Citation   $ _____

For mileage   $ _____ of _____ County, _____

For Notary   $ _____ By _____ Deputy

(Must be verified if served outside the State of Texas.)

Signed and sworn to by the said _____ before me this _____ day of _____ , 20 ____ ,

to certify which witness my hand and seal of office.

_____

Notary Public _____ County

Exhibit A-3-g

FILED
DALLAS COUNTY
9/29/2017 6:12 PM
FELICIA PITRE
DISTRICT CLERK

CAUSE NO. DC-17-11083

| | | |
|---|---|---|
| RICHARD HORTON d/b/a WOODWAY ON THE GREEN, INC. | § § § | IN THE DISTRICT COURT OF |
| Plaintiff, | § § | |
| v. | § § | DALLAS COUNTY, TEXAS |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO and CHRISTOPHER VAN REES, | § § § § § § | |
| Defendants. | § § | 134TH JUDICIAL DISTRICT |

## DEFENDANTS' ANSWER TO PLAINTIFF'S ORIGINAL PETITION & JURY DEMAND

Defendants Peleus Insurance Company ("Peleus"), Strata Claims Management, LLC ("Strata"), Engle Martin & Associates, Inc. ("Engle Martin"), Risa Hayes Vallejo ("Vallejo"), and Christopher Van Rees ("Van Rees") (collectively, "Defendants") file the following Answer to Plaintiff's Original Petition & Jury Demand ("Petition") and state:

## GENERAL DENIAL

1.      Pursuant to Rule 92 of the Texas Rules of Civil Procedure, Defendants generally deny each and every allegation contained in Plaintiff's Petition and demand strict proof thereof by a preponderance of the evidence. By this general denial, Defendants further demand that Plaintiff prove every fact in support of its claim(s) for punitive and/or exemplary damages by clear and convincing evidence.

## SPECIAL DENIAL

2.      Defendants specifically deny that Plaintiff has satisfied all conditions precedent to the recovery it seeks in this lawsuit. For example, Plaintiff failed to provide Defendants timely written notice of Plaintiff's statutory claims in this matter as expressly required by Section 541.154

of the Texas Insurance Code and Section 17.505 of the Texas Business and Commerce Code, thereby precluding Plaintiff from prevailing on any such claims. Plaintiff also failed to properly present its claim for attorneys' fees under Section 38.001 of the Texas Civil Practice and Remedies Code, thereby precluding Plaintiff's recovery of any such fees in this action. Plaintiff's claims are barred, in whole or in part, by its failure to satisfy these (and other) conditions precedent to the recovery it seeks in this action.

3.      Discovery in this matter is ongoing and Defendants reserve the right to assert that Plaintiff has failed to meet other conditions precedent required under Texas statute, Texas law, and/or Peleus Insurance Company Master Policy Number 723-1426870415-00 and corresponding Declarations Certificate Number 9735, with effective dates of coverage from October 1, 2015 through October 1, 2016, including all related endorsements, schedules, and declaration certificates (collectively, the "Policy").

### AFFIRMATIVE DEFENSES

4.      Pursuant to Texas Rule of Civil Procedure 94, Defendants set forth the following affirmative defenses to the allegations set forth in Plaintiff's Petition:

a.      Plaintiff's claims are barred, in whole or in part, on the basis that Plaintiff's Petition fails to state a claim against Defendants upon which relief can be granted.

b.      Plaintiff's claims are barred, in whole or in part, by the terms, conditions, limitations, exclusions, and deductibles contained in the Policy, including (without limitation) the terms, conditions, and limitations set forth in the Policy's Replacement Cost Form and loss payment provision(s).

    c.        Plaintiff's claims are barred, in whole or in part, by the Policy's provision prohibiting legal action against Peleus under the Policy unless Plaintiff has fully complied with all of the terms of the Policy.

    d.        Plaintiff's claims are barred, in whole or in part, to the extent the physical loss or damage claimed by Plaintiff did not occur during the applicable coverage period (as required by the Policy).

    e.        Plaintiff's claims are barred, in whole or in part, to the extent the physical loss or damage claimed by Plaintiff was not caused by (or did not result from) a covered cause of loss (as required by the Policy).

    f.        Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff seeks coverage under the Policy for physical loss or damage to property other than "Covered Property" (as defined in the Policy).

    g.        Plaintiff's claims are barred, in whole or in part, by the Policy's exclusion regarding "cosmetic loss or damage" (as defined in the Policy).

    h.        Plaintiff's claims are barred, in whole or in part, by Plaintiff's neglect to use all reasonable means to save and preserve the property from further damage at and after the time of loss.

    i.        Plaintiff's claims are barred, in whole or in part, by the Policy's exclusion(s) regarding wear and tear and/or depletion.

    j.        Plaintiff's claims are barred, in whole or in part, by the Policy's exclusion(s) regarding rust, corrosion, decay, deterioration, hidden or latent defect, and/or any quality in the property that causes it to damage or destroy itself.

k.     Plaintiff's claims are barred in whole or in part by the Policy's exclusion(s) regarding faulty, inadequate or defective: design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction; materials used in repair, construction, renovation or remodeling; or maintenance.

l.     Plaintiff's claims are barred, in whole or in part, to the extent Plaintiff failed to take all reasonable steps to mitigate, minimize, or avoid the damages allegedly sustained and/or to protect the property from further damage. Plaintiff's recovery under the Policy and Texas law, if any, must be offset and reduced accordingly.

m.     Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages were caused, in whole or in part, by the negligent acts and/or omissions of Plaintiff.

n.     Plaintiff's claims are barred, in whole or in part, because Plaintiff's alleged damages were caused, in whole or in part, by the negligent acts and/or omissions of third parties over whom Defendants have and/or had no control.

o.     A bona fide controversy exists concerning the extent of Plaintiff's entitlement to benefits under the Policy. Peleus and/or its employees, agents, representatives, and adjusters are entitled to value claims differently from Plaintiff without facing extra-contractual liability. Peleus would show that a bona fide controversy exists regarding: (a) the existence and/or scope of any covered loss or damage; (b) whether and to what extent any asserted loss or damage was the result of a covered occurrence or occurrences; (c) the reasonable and necessary measures to repair any covered loss or damage; and (d) the reasonable and necessary measures to repair any covered loss or damage.

p.    Plaintiff's claim(s) for exemplary and/or punitive damages is unconstitutional and violates the due process clauses of the Fifth and Fourteenth Amendments to the United States Constitution and of Article 1, Section 19 of the Texas Constitution for the following reasons: (a) the standards under which such claims are submitted are so vague as to be effectively meaningless and threaten a deprivation of property for the benefit of society without the protection of fundamentally fair procedures; (b) the highly penal nature of exemplary damages threatens the possibility of excessive punishment and almost limitless liability without the benefit of fundamentally fair procedures or any statutory limitations; (c) the introduction of evidence of Defendants' financial worth is so prejudicial as to impose liability and punishment in a manner bearing no relation to the extent of any injury allegedly inflicted or to any benefit from any alleged wrongdoing and, therefore, any verdict would be the result of bias and prejudice in a fundamentally unfair manner.

q.    Plaintiff's claim(s) for exemplary and/or punitive damages constitutes an unconstitutional excessive fine under Article 1, Section 13 of the Texas Constitution because such highly penal sanctions may be imposed for the benefit of society under standards so vague and effectively meaningless as to threaten unlimited punishment bearing no relation to the extent of any injury allegedly inflicted at the unbridled discretion of the jury.

r.    To the extent Plaintiff has asserted claims against Defendants under Texas Insurance Code Chapter 541, those claims are barred by Section 541.153, and this Court should award Defendants court costs and reasonable and necessary attorneys' fees because

any such claims under the Texas Insurance Code are groundless and brought in bad faith or for the purpose of harassment.

5.      Defendants further reserve the right to assert additional affirmative defenses as this litigation proceeds.

## RESERVATION OF RIGHTS

6.      By appearing and answering herein, Defendants do not waive, and expressly reserve, all rights and defenses that Defendants may have (or that may arise) under the Policy and/or applicable law. Nothing herein shall constitute or be deemed a waiver of, or an estoppel to assert, any of the rights and defenses that Defendants may have (or that may arise) under the Policies and/or applicable law.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendants Peleus Insurance Company, Strata Claims Management, LLC, Engle Martin & Associates, Inc., Risa Hayes Vallejo, and Christopher Van Rees pray that upon final judgment: (a) all relief requested by Plaintiff be denied; (b) all costs be taxed against Plaintiff; and (c) for such other and further relief to which Defendants may be justly entitled, whether at law or in equity.

Respectfully submitted,

**ZELLE LLP**


By: _/s/ James W. Holbrook, III_
    Steven J. Badger
    Texas Bar No. 01499050
    sbadger@zelle.com
    James W. Holbrook, III
    Texas Bar No. 24032426
    jholbrook@zelle.com
    William W. Cardwell, IV
    Texas Bar No. 24094419
    wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone:    214-742-3000
Facsimile:    214-760-8994

**ATTORNEYS FOR DEFENDANTS**


## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2017, a true and correct copy of Defendants' Answer to Plaintiff's Original Petition & Jury Demand was served upon all known counsel of record pursuant to the Texas Rules of Civil Procedure as follows:

Jeffrey L. Raizner
jeff@raiznerlaw.com
Andrew P. Slania
andrew@raiznerlaw.com
Amy Bailey Hargis
amy@raiznerlaw.com
RAIZNER SLANIA, LLP
2402 Dunlavy Street
Houston, TX 77006
Telephone:    713-554-9099
Facsimile:    713-554-9098
***Attorneys for Plaintiff***

                                   _/s/ James W. Holbrook, III_
                                    James W. Holbrook, III

Exhibit A-4

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD HORTON d/b/a WOODWAY ON THE GREEN, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § § | CIVIL ACTION NO. 3:17-cv-02807 |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO and CHRISTOPHER VAN REES, | § § § § § § | |
| Defendants. | § | |

**DEFENDANT PELEUS INSURANCE COMPANY'S CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Local Rule 81.1(a)(4)(D), Local Rule 3.1(c) and Federal Rule of Civil Procedure 7.1, Defendant Peleus Insurance Company submits the following Certificate of Interested Persons and Rule 7.1 Disclosure Statement.

1.      As a nongovernmental corporate party, Defendant Peleus Insurance Company states that Peleus Insurance Company is a subsidiary of Argo Group US, Inc. Argo Group International Holdings, Ltd. owns 10% or more of the stock of Peleus Insurance Company.

2.      Defendant Peleus Insurance Company believes the following to be a complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities which may have a financial interest in the outcome of this litigation:

    a.   <u>Plaintiff</u>: Richard Horton dba Woodway on the Green, Inc.;

    b.   <u>Defendant</u>: Peleus Insurance Company;

    c.  Defendant:  Strata Claims Management, LLC;

    d.  Defendant:  Engle Martin & Associates, Inc.;

    e.  Defendant:  Risa Hayes Vallejo;

    f.  Defendant:  Christopher Van Rees;

    g.  Counsel for Plaintiff:  Jeffrey L. Raizner, Andrew P. Slania, Amy Bailey Hargis, RAIZNER SLANIA, LLP, 2401 Dunlavy Street, Houston, Texas 77006; and

    h.  Counsel for Defendants: Steven J. Badger, James W. Holbrook, III, William W. Cardwell, IV, ZELLE LLP, 901 Main Street, Suite 4000, Dallas, Texas 75202.

3.    If new parties are added to this lawsuit, or if additional persons or entities that are financially interested in the outcome of this litigation are identified during the pendency of this litigation, Peleus Insurance Company will file an amended certificate

Respectfully submitted,

ZELLE LLP

By:   /s/ James W. Holbrook, III
Steven J. Badger
Texas Bar No. 01499050
sbadger@zelle.com
James W. Holbrook, III
Texas Bar No. 24032426
jholbrook@zelle.com
Walter W. Cardwell, IV
Texas Bar No. 24094419
wcardwell@zelle.com

901 Main Street, Suite 4000
Dallas, Texas 75202-3975
Telephone:  214-742-3000
Facsimile:  214-760-8994

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

On October 12, 2017, I served a true and correct copy of the foregoing was served upon all known counsel of record pursuant to the Federal Rules of Civil Procedure as follows:

>Jeffrey L. Raizner
>jeff@raiznerlaw.com
>Andrew P. Slania
>andrew@raiznerlaw.com
>Amy Bailey Hargis
>amy@raiznerlaw.com
>RAIZNER SLANIA, LLP
>2402 Dunlavy Street
>Houston, TX 77006
>Telephone:    713-554-9099
>Facsimile:    713-554-9098
>**Attorneys for Plaintiff**

>/s/ James W. Holbrook, III
>James W. Holbrook, III