UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICHARD HORTON, d/b/a WOODWAY ON THE GREEN, INC., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-2807-B |
| PELEUS INSURANCE COMPANY, STRATA CLAIMS MANAGEMENT, LLC, ENGLE MARTIN & ASSOCIATES, INC., RISA HAYES VALLEJO, and CHRISTOPHER VAN REES, | § § § § § § | |
| Defendants. | § | |

### ORDER

On this day, the Court considered the parties' Joint Notice of Stipulated Remand, Doc. 3, and after consideration of the pleadings and arguments of counsel, the Court **GRANTS** the Joint Notice in all respects.

It is, therefore, **ORDERED**, that the above-captioned matter, Northern District of Texas case number 3:17-cv-2807-B, styled *Richard Horton v. Peleus Insurance Company, et. al.*, is hereby remanded to Dallas County District Court.

SO ORDERED.

SIGNED: November 13, 2017

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE